IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| James S. Lewis, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 1:20-cv-152 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties in the above-captioned action on April 6, 2023. Pursuant to its discussion with the parties, any existing deadlines shall be stayed pending further order of the court. The court shall hold another status conference with the parties by telephone on July 6, 2023, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court